

FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 8:25-MJ-00389 DUTY |
|---|---|
| PLAINTIFF(S) | 1:24-CR-000417 |
| v. | |
| HAMZA DOOST | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment

in the _____ District of Columbia on 04/30/2025

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about November 2023 to March 2025

in violation of Title 18 _____ U.S.C., Section(s) 1962(d) and 1956(h)

to wit: RICO Conspiracy and Conspiracy to Launder Monetary Instruments

A warrant for defendant's arrest was issued by: Magistrate Judge Moxila A. Upadhyay

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/13/2025 _____
         Date

_____/s/_____
Signature of Agent

John Butz
Print Name of Agent

FBI
Agency

Special agent
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT