Submit this form via email to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: 8:25-MJ-00389-DUTY<br>1:24-cr-000417 |
| HAMZA DOOST<br><br>USMS# _____  DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 05/13/2025 _____ at 6 ____ ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1962(d) (RICO conspiracy) and 18 USC 1956(h) (Conspiracy to Launder Monetary Instruments)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 2004

8. Defendant has retained counsel:   ☒ No
   ☒ Yes   Name: Adam Swll                Phone Number: 714-488-7372

9. Name of Pretrial Services Officer notified:  Duty

10. Remarks (if any): None

11. Name: Jordan Jenkins                (please print)

12. Office Phone Number: 571-456-8063            13. Agency: FBI

14. Signature: _____            15. Date: 05/13/25

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION