# United States Probation & Pretrial Services

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

06/04/2025

CENTRAL DISTRICT OF CALIFORNIA
BY:      E.C.            DEPUTY



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No:  9967113

### Passport Receipt

Defendant Name:  Hamza Doost

Name on passport, if different:  Hamza Solaiman Doost

Country of Origin:  USA

Ordered by court in the CD/CA

Docket Number: **8:25-00389M-1**

U.S. Probation & Pretrial Services
Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4170
Santa Ana, CA 92701-4597
Phone 714-338-4550 / Fax 714-338-4570

_Ghulam-R-Doost_
_____
Surrendered By

June 4, 2025
_____
Date

Elsa Perez
_____
Received By

June 4, 2025
_____
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned
_____
Address (if mailed)