FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>HAMZA DOOST<br><br>DEFENDANT/MATERIAL WITNESS, | **CASE NUMBER**<br><br>**8:25-MJ-00389**<br><br>**AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |

Having been ordered by the Court on _____ June 3, 2025 _____ to take third-party custody of

Hamza Doost _____ I, Farzana Doost _____

agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness'

appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness

violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my

obligations under this agreement I may be held in contempt of court.

Signed by:

[signature]

Signature of Third-Party Custodian (Person or Organization)

Mother

Relationship to Defendant/Material Witness

████████

Address (only if the above is an organization)

████████

City and State only

████████

Date: 6/4/2025

Telephone Number

CR-31 (03/15)                    AFFIDAVIT OF THIRD-PARTY CUSTODIAN