# *United States Probation & Pretrial Services*

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

Date: June 3, 2025
Re: Release Order Authorization
Docket Number: 8:25-mj-00389
Defendant: Hamza Doost

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Dalayna Ecklund*

Dalayna Ecklund
U.S. Probation & Pretrial Services Officer
Telephone No. 714-338-2880